IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

WILLIAM O. BROWN, II,

     Plaintiff,                  No. CIV S-03-2365 GEB GGH P

   vs.

MULE CREEK STATE PRISON, et al.,

     Defendants.              ORDER

                              /

        Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local General Order No. 262.

        On April 20, 2005, the magistrate judge filed findings and recommendations herein which were served on plaintiff and which contained notice **all parties** that any objections to the findings and recommendations were to be filed within twenty days.

1

Plaintiff has filed objections to the findings and recommendations.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 72-304, this court has conducted a <u>de novo</u> review of this case. Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and by proper analysis.

On May 4, 2005, plaintiff filed an order for an "ex parte order of mandate." Plaintiff alleges that he has had difficulty in sending out his legal mail. Because the court orders this action dismissed, plaintiff's motion is denied.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed April 20, 2005, are adopted in full;

2. Defendants' January 18, 2005, motion to dismiss for failure to exhaust administrative remedies is denied; defendants' January 18, 2005, motion to dismiss for failure to state a claim is granted;

3. Plaintiff's May 4, 2005, motion for an "ex parte order of mandate" is denied.

Dated: June 9, 2005

/s/ Garland E. Burrell, Jr.
GARLAND E. BURRELL, JR.
United States District Judge